UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EARL CONEY, JR.,

    Plaintiff,

vs.                                              Case No. 8:13-cv-02217-T-27EAJ

CITY OF TAMPA,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 4) from the Magistrate Judge recommending that Plaintiff's construed motion for leave to proceed *in forma pauperis* (Dkt. 2) be denied without prejudice and Plaintiff be given an opportunity to file an amended complaint and a new motion to proceed *in forma pauperis*. Plaintiff has not filed objections to the Report and Recommendation, and the time for filing such objections has now elapsed.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

1

After conducting a careful and complete review, the Report and Recommendation (Dkt. 4) is ACCEPTED and ADOPTED in full, to be made a part of this Order for all purposes, including for appellate review.

Accordingly,

1) The construed motion to leave to proceed *in forma pauperis* (Dkt. 2) is DENIED *without prejudice*.

2) The Complaint (Dkt. 1) is DISMISSED *without prejudice*.

3) Plaintiff is GRANTED leave to file an amended complaint and revised motion to proceed *in forma pauperis* **on or before October 21, 2013. <u>Failure to timely file an amended complaint may result in dismissal without further notice.</u>**

**DONE AND ORDERED** this 23rd day of September, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Plaintiff

2